**BSF** | BOIES
SCHILLER
FLEXNER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/2020

John T. Zach
Phone: (212) 303-3648
Email: jzach@bsfllp.com

December 31, 2019

**VIA ECF**

*[Handwritten: 1/6/20 Sentencing Adj to February 13, 2020 at 2:15 PM.]*
*[Signature: Colleen McMahon]*

Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:   United States v. DeLima, et al., 18 Cr. 802 (CM)**

Dear Chief Judge McMahon:

    We represent Mr. Cesar Gil in the above-captioned case. Mr. Gil's sentencing date is currently set for January 14, 2020. We respectfully request that the Court grant an adjournment of sentencing until in or about the week of February 17, 2020. Mr. Gil and counsel require additional time to gather materials necessary for our sentencing submission. The Government has consented to this request, and this is our first request for an adjournment. We appreciate the Court's consideration in this matter.

**MEMO ENDORSED**

Respectfully submitted,

/s/ John T. Zach

John T. Zach
Valecia J. Battle

Copy to:
AUSA Aline Flodr (via ECF)
AUSA Dominic Gentile (via ECF)